# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Williams, Amy Jo | Docket No. | 2:16CR00198-SMJ-4 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amy Jo Williams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 27th day of January 2017, under the following conditions:

**Special Condition #28:** Curfew: Defendant shall be restricted to her residence every day from 7 p.m. to 7 a.m..

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to comply with her curfew expectations on May 12, 2017.

PRAYING THAT THE COURT WILL TAKE NO FURTHER ACTION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2017

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 17, 2017
Date