PROB 12C
(6/16)

Report Date: April 2, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 02 2018
SEAN F. McAVOY, CLERK
_______ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amy Jo Williams    Case Number: 0980 2:16CR00198-WFN-4

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 88 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: January 8, 2023 |

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On January 17, 2018, Amy Jo Williams signed her conditions of supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. Specifically, Ms. Williams was made aware by her U.S. probation officer that he refrain from unlawful use of a controlled substance.<br><br>On April 1, 2018, Amy Williams admitted to the undersigned officer that she consumed heroin on or about March 31, 2018. |
| 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br>**Supporting Evidence**: On January 17, 2018, Amy Jo Williams signed her conditions of |

supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. Specifically, Ms. Williams was made aware by her U.S. probation officer that she must live at a place approved by the probation officer.

On March 31, 2018, Amy Jo Williams absconded from her approved residence at the Spokane Residential Reentry Center. She does not have an approved residence to reside at the time of this report.

3 **Special Condition # 5**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On January 17, 2018, Amy Jo Williams signed her conditions of supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. On February 5, 2018, she signed a waiver of hearing agreeing to placement at the RRC.

On March 31, 2018, Amy Jo Williams submitted to a Breathalyzer at the Spokane Residential Reentry Center which revealed her blood alcohol content to be .123. Following submission of the Breathalyzer, she left the RRC and was considered to have absconded.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2018

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

[signature]

Signature of Judicial Officer

4/2/18

Date