PROB 12C
(6/16)

Report Date: September 4, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amy Jo Williams                     Case Number: 0980 2:16CR00198-WFN-4

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 88 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: January 8, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On August 27, 2019, Amy Williams submitted a urinalysis at the Spokane Residential Reentry Center revealing positive results for heroin.<br><br>On January 17, 2018, Amy Jo Williams signed her conditions of supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. Specifically, Ms. Williams was made aware by her U.S. probation officer that she must refrain from unlawful use of a controlled substance. |
| 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
Re: Williams, Amy Jo
September 4, 2019
Page 2

**Supporting Evidence**: On September 2, 2019, Amy Jo Williams absconded from her approved residence at the Spokane Residential Reentry Center. She does not have an approved residence to reside at the time of this report.

On January 17, 2018, Amy Jo Williams signed her conditions of supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. Specifically, Ms. Williams was made aware by her U.S. probation officer that she must live at a place approved by the probation officer.

3   **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On September 3, 2019, Amy Jo Williams failed to attend her scheduled treatment group at Pioneer Counseling Center.

On January 17, 2018, Amy Jo Williams signed her conditions of supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. Specifically, Ms. Williams was made aware by her U.S. probation officer that she must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.

4   **Special Condition # 5**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On September 2, 2019, Ms. Williams left the RRC without approval and has failed to return as of this report.

On March 1, 2018, Amy Jo Williams commenced participation in the Sobriety Treatment and Education Program (STEP). Ms. Williams last attended a STEP session on August 15, 2019. On that date, she was found to be in noncompliance and was ordered to serve a 7-day jail sanction. Additionally, she was ordered to remain in custody until a bed became available at a residential reentry center (RRC).

Ms. Williams commenced placement at the Spokane RRC on August 26, 2019. U.S. probation officer Law met with Ms. Williams on the same date, and advised her to remain at the RRC until the STEP team orders to have her released.

On January 17, 2018, Amy Jo Williams signed her conditions of supervised release relative to case number 2:16CR00198-WFN-4, indicating she understood all conditions ordered by the Court. On August 15, 2019, Ms. Williams agreed to remain in custody until a bed was available at the RRC and remain at the facility until she received further direction from her USPO.

Prob12C
**Re: Williams, Amy Jo**
**September 4, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/04/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/5/2019

Date